```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 20671
    MARCEL M KINNEY SR
    LATRESE D KINNEY                         CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-9977    SSN XXX-XX-1939


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/05/2007 and was confirmed 03/10/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors   10.00%.

      The case was dismissed after confirmation 09/29/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
 PEOPLES GAS LIGHT & COKE  UNSECURED           1817.21            .00           .00
 BANK OF AMERICA           CURRENT MORTG           .00            .00           .00
 BANK OF AMERICA           MORTGAGE ARRE          .00            .00           .00
 WACHOVIA DEALER SERVICES  SECURED VEHIC       9057.00         134.50        849.08
 WACHOVIA DEALER SERVICES  SECURED VEHIC       6609.00          96.62        910.96
 WACHOVIA DEALER SERVICES  UNSECURED            565.19            .00           .00
 ALLIED INTERSTATE         UNSECURED          NOT FILED           .00           .00
 ALLIED INTERSTATE         UNSECURED          NOT FILED           .00           .00
 CCA                       UNSECURED          NOT FILED           .00           .00
 CITY OF CHICAGO PARKING   UNSECURED           5920.00            .00           .00
 CREDIT MANAGEMENT CONT    UNSECURED          NOT FILED           .00           .00
 DEPENDON COLLECTION       UNSECURED          NOT FILED           .00           .00
 DEPENDON COLLECTION       UNSECURED          NOT FILED           .00           .00
 FIRST PREMIER BANK        UNSECURED          NOT FILED           .00           .00
 FIRST PREMIER BANK        UNSECURED          NOT FILED           .00           .00
 HARRIS                    UNSECURED          NOT FILED           .00           .00
 ILLINOIS COLLECTION SE    UNSECURED          NOT FILED           .00           .00
 MED COLLECTIONS SERVICES  UNSECURED          NOT FILED           .00           .00
 NCO FINANCIAL SYSTEM      UNSECURED          NOT FILED           .00           .00
 PROFESSIONAL ACCOUNT MGM  UNSECURED          NOT FILED           .00           .00
 US DEPT OF EDUCATION      UNSECURED          54368.78            .00           .00
 VANRU CREDIT              UNSECURED          NOT FILED           .00           .00
 VANRU CREDIT              UNSECURED          NOT FILED           .00           .00
 B-REAL LLC                UNSECURED            408.15            .00           .00
 COMMONWEALTH EDISON       UNSECURED            800.32            .00           .00
 WACHOVIA DEALER SERVICES  UNSECURED               .33            .00           .00
 IL STATE DISBURSEMENT UN  DSO ARREARS        42186.42            .00           .00
 JOANNE JONES              NOTICE ONLY       NOT FILED            .00           .00
 T MOBILE                  UNSECURED            275.11            .00           .00
 BANK OF AMERICA           CURRENT MORTG          .00            .00           .00
 PORTFOLIO RECOVERY ASSOC  UNSECURED            354.13            .00           .00
 INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED            .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20671 MARCEL M KINNEY SR & LATRESE D KINNEY
```

```
ILLINOIS DEPT OF REVENUE  UNSECURED           209.86              .00              .00
ILLINOIS DEPT OF REV      PRIORITY           1253.17              .00              .00
UNITED GUARANTY RESIDENT  SECURED NOT I         .00               .00              .00
UNITED GUARANTY RESIDENT  SECURED NOT I         .00               .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,334.00                          1,353.30
TOM VAUGHN                TRUSTEE                                               280.54
DEBTOR REFUND             REFUND                                                   .00
```

     Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
    ------------------------------------------------------------------------
    TRUSTEE            3,625.00

    PRIORITY                                        .00
    SECURED                                    1,760.04
        INTEREST                                 231.12
    UNSECURED                                       .00
    ADMINISTRATIVE                             1,353.30
    TRUSTEE COMPENSATION                         280.54
    DEBTOR REFUND                                   .00
                     ---------------         ---------------
    TOTALS             3,625.00                3,625.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 20671 MARCEL M KINNEY SR & LATRESE D KINNEY